**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David B Ferguson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1543<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–21778–ABA | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David B Ferguson

10/11/23

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 18-21778-ABA

David B Ferguson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3

Date Rcvd: Oct 11, 2023      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David B Ferguson, 25 Button Mill Rd, Bridgeton, NJ 08302-4103 |
| 517584025 | + | AAA Member Rewards, 60 Cornwell Drive, Bridgeton, NJ 08302-3602 |
| 517584028 | + | Bank of America, 60 Cornwell Drive, Bridgeton, NJ 08302-3602 |
| 517712539 | + | Home Point Financial, Corporation,, D. Anthony Sottile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517709179 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517614240 | + | Home Point Financial Corporation, McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517584034 | + | Home Point Mortgage, POB 77404, Ewing, NJ 08628-6404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 11 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 11 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517584026 | + | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Amazon/Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517584027 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 21:20:32 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517635767 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 21:18:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517669529 | + | EDI: BANKAMER2.COM | Oct 12 2023 00:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517584029 | + | EDI: TSYS2 | Oct 12 2023 00:57:00 | Barclaycard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517584039 | | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Sears, PO Box 78051, Phoenix, AZ 85062 |
| 517584030 | + | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Citi Costco, PO Box 9001037, Louisville, KY 40290-1037 |
| 517584031 | + | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 517687508 | + | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517584032 | + | EDI: DISCOVER.COM | Oct 12 2023 00:57:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517597922 | | EDI: DISCOVER.COM | Oct 12 2023 00:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517709662 | | Email/Text: bankruptcy@homepointfinancial.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 11 2023 21:05:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 517584033 | + | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Home Depot, PO Box 790328, St. Louis, MO 63179-0328 |
| 517699851 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 21:19:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517584035 | + | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519146508 | + | EDI: AISMIDFIRST | Oct 12 2023 00:57:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519146507 | + | EDI: AISMIDFIRST | Oct 12 2023 00:57:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517706709 | | EDI: PRA.COM | Oct 12 2023 00:57:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517584036 | + | EDI: RMSC.COM | Oct 12 2023 00:57:00 | PayPal Credit, PO Box 960080, Orlando, FL 32896-0080 |
| 517695510 | | EDI: Q3G.COM | Oct 12 2023 00:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517584038 | + | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Sams Club, PO Box 960013, Orlando, FL 32896-0013 |
| 517586529 | + | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517584040 | + | EDI: WFNNB.COM | Oct 12 2023 00:57:00 | Total Rewards, PO Box 659584, San Antonio, TX 78265-9584 |
| 517584041 | + | EDI: CITICORP.COM | Oct 12 2023 00:57:00 | Tractor Supply, PO Box 9001006, Louisville, KY 40290-1006 |
| 517584042 | + | EDI: RMSC.COM | Oct 12 2023 00:57:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 517699862 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 21:18:48 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517584037 | | Rita Bernstein |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 11, 2023 | Form ID: 3180W | Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Home Point Financial Corporation nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Home Point Financial Corporation nj-ecfmail@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Terry Tucker | on behalf of Debtor David B Ferguson terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6